Date: 04/09/10                                                                                                          Page: 1

**DIVIDENDS REMITTED TO THE COURT**
Check Number 109 Dated 04/09/10
Case Number 09-32653 - MOELLER, HEATHER M.

Rec. #2016

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| BURNSVILLE FAMILY PHYSICIANS<br>625 E NICOLLET BLVD<br>STE 100<br>BURNSVILLE, MN 55337<br>  FINAL DISTRIBUTION<br>  1633 | 000004 | 183.36 | 4.97 |
| ---------- Remittance Total --------------- | | 183.36 | 4.97 |

*[signature]*
John A. Hedback, Trustee

RECEIVED
10 APR 12 AM 10: 52
U.S. BANKRUPTCY COURT
ST. PAUL, MN

COURT1                                                                              Printed: 04/09/10 11:00 AM    Ver: 15.08